IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No. 00-mj-00047-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN MANUEL NIETO,

    Defendant.

---

**ORDER**

---

On the Government's Motion to Dismiss and good cause shown, criminal case number 00-mj-00047-GJR is dismissed with prejudice.

DATED: November 10, 2008

BY THE COURT:

*Gudrun J. Rice*
Gudrun J. Rice
United States Magistrate Judge